UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-00674 |
| Heron Munoz and, | ) | |
| Romelia Munoz | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OR NON-DISCHARGEABILITY

This matter coming before the Court for hearing on Tower Financial LLC'S, Motion to Extend time to file Complaint for Non-Dischargeability and for Leave to file a Claim (the "Motion"), due and proper notice of the Motion having been given, it appearing that there is good cause to grant the relief requested, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that

A. The deadline within which CREDITOR may file Complaints objecting to discharge or ~~Non~~ 9 aka Dischargeability under Sections 523 and 727 of the United States Bankruptcy Code is extended to ~~August 23, 2013~~ September 30, 2013.

This is a final extension.

Dated: 17 JUL 2013

Enter:

_____
United States Bankruptcy Judge

**Prepared by:**
Richard C. Perna (#6193236)
David R. Buetow (#6228923)
FUCHS & ROSELLI, LTD.
440 W. Randolph St., Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499

Rev: 20120501_bko